IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFIC CROSSING, LTD. | ) | Case No. 02-_____ ( ) |
| | ) | |
| Debtor. | ) | |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the consolidated list of the Debtors' creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| | (1)<br>**Name of creditor and complete mailing address including zip code** | (2)<br>**Name, Telephone Number and Complete Mailing Address of Employee, Agent, or Department of Creditor Familiar with Claim** | (3)<br>**Nature of claim (trade debt, bank loan, government contract, etc.)** | (4)<br>**Amount of claim (if secured also state value of security)** |
|---|---|---|---|---|
| 1 | Tycom Us Inc.<br>10 Park Avenue<br>Morristown, NJ 07828 | Bette Zachary<br>Tycom Us Inc.<br>10 Park Avenue<br>Morristown, NJ 07828<br>Tel: 973-753-4524<br>Fax: 973-753-3583 | Trade | 50,991,514 |
| 2 | NOAA FMV<br>United States Department of Commerce<br>138 West First Street<br>Port Angeles, WA 98362 | Rick Fletcher<br>NOAA FMV<br>United States Department of Commerce<br>138 West First Street<br>Port Angeles, WA 98362<br>Tel: 360-457-6622<br>Fax: 360-457-8496 | Contingent, unliquidated | 7,000,000 |
| 3 | Internal Revenue Service<br>Philadelphia, PA 19102 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19102<br>Tel: 215-861-1225 | Contingent, unliquidated, disputed | 5,000,000 |
| 4 | Nortel Networks, Inc.<br>5405 Windward Parkway<br>Alpharetta, GA 30004 | Ms. C. Taylor<br>Nortel Networks, Inc.<br>5405 Windward Parkway<br>Alpharetta, GA 30004<br>Tel: 919-997-4461 | Trade | 524,585 |

| | (1)<br>**Name of creditor and complete mailing address including zip code** | (2)<br>**Name, Telephone Number and Complete Mailing Address of Employee, Agent, or Department of Creditor Familiar with Claim** | (3)<br>**Nature of claim (trade debt, bank loan, government contract, etc.)** | (4)<br>**Amount of claim (if secured also state value of security)** |
|---|---|---|---|---|
| 5 | Canadian Imperial Bank of Commerce<br>(Interest Rate Swap)<br>161 Bay Street<br>P.O. Box 500<br>Toronto, Canada<br>M5J2S8 | Carolyn Chung<br>Interest Rate Swap (CIBC)<br>161 Bay Street<br>P.O. Box 500<br>Toronto, Canada<br>M5J2S8<br>Tel: 416-956-3280<br>Fax: 416-594-8212 | Interest Swap | 458,828 |
| 6 | Deutsche Bank AG<br>(Interest Rate Swap)<br>161 Bay Street<br>P.O. Box 500<br>Toronto, Canada<br>M5J2S8 | Carolyn Chung<br>Interest Rate Swap (CIBC)<br>161 Bay Street<br>P.O. Box 500<br>Toronto, Canada<br>M5J2S8<br>Tel: 416-956-3280<br>Fax: 416-594-8212 | Interest Swap | 458,828 |
| 7 | Campney and Murphy<br>Suite 2100<br>1111 West Georgia Street<br>Vancouver, British Columbia<br>V6E 4W3<br>Canada | Gary Wharton<br>(in trust of the Groundfish Society)<br>Campney and Murphy<br>Suite 2100<br>1111 West Georgia Street<br>Vancouver, British Columbia V6E 4W3<br>Canada<br>Tel: 604-661-7643<br>Fax: 604-661-1648 | Contingent | 450,000 |
| 8 | California State Lands Commission<br>100 Howe Avenue, Suite 100 – South<br>Sacramento, CA 95825 | Paul Thayer<br>California State Lands Commission<br>100 Howe Avenue, Suite 100 – South<br>Sacramento, CA 95825<br>Tel: 916-574-1833<br>Fax: 916-574-1925 | Government | 242,075 |
| 9 | CA Dept. Parks and Rec<br>3220 South Higuera Street<br>San Luis Obispo, CA 93401 | Mary Wright<br>CA Dept. Parks and Rec<br>3220 South Higuera Street<br>San Luis Obispo, CA 93401<br>Tel: 805-489-1869<br>Fax: 805-489-6004 | Government | 50,000 |
| 10 | Pacific Gas and Electric<br>406 Higuera Street<br>San Louis Obispo, CA 93401 | Pacific Gas and Electric<br>406 Higuera Street<br>San Louis Obispo, CA 93401<br>Tel: 415-973-7000<br>Fax: 415-267-7268 | Trade | 36,000 |
| 11 | Arthur Andersen<br>1345 Avenue of the Americas<br>New York, NY 10105 | Mark Fagan<br>Arthur Andersen<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Tel: 212-708-5749<br>Fax: 212-884-1042 | Trade | 30,000 |

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, Telephone Number and Complete Mailing Address of Employee, Agent, or Department of Creditor Familiar with Claim | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| 12 | Joint Cable Fisheries Committee (c/o ERM)<br>1777 Botelho Drive<br>Suite 260<br>Walnut Creek, CA 94596 | Denise Toombs<br>Joint Cable Fisheries Committee (c/o ERM)<br>1777 Botelho Drive<br>Suite 260<br>Walnut Creek, CA 94596<br>Tel: 925-946-0455<br>Fax: 925-946-9968 | Disputed, Government | 25,000 |
| 13 | Environmental Resources Management<br>1777 Botelho Drive<br>Suite 260<br>Walnut Creek, CA 94596 | Denise Toombs<br>Environmental Resources Management<br>1777 Botelho Drive<br>Suite 260<br>Walnut Creek, CA 94596<br>Tel: 925-946-0455<br>Fax: 925-946-9968 | Trade | 25,000 |
| 14 | Snohomish County Public Utility District No. 1<br>2320 California Street<br>Everett, WA 98201-1100 | Tom Hovede<br>Snohomish County Public Utility District No. 1<br>2320 California Street<br>Everett, WA 98201-1100<br>Tel: 425-783-8300<br>Fax: 425-267-6261 | Trade | 12,000 |
| 15 | Burns Int'l Security Services<br>270 Storke Road, Suite 3<br>Goleta, CA 93117 | Sarah James<br>Burns Int'l Security Services<br>270 Storke Road, Suite 3<br>Goleta, CA 93117<br>Tel: 805-489-6263<br>Fax: 805-968-3084 | Trade | 4,976 |
| 16 | Bob's Maintenance Service<br>718 January Street<br>Nipomo, CA 93444 | Bob's Maintenance Service<br>718 January Street<br>Nipomo, CA 93444<br>Tel: 805-929-2973 | Trade | 3,000 |
| 17 | Verizon Northwest<br>P.O. Box 30001<br>Inglewood, CA 90313-0001 | Verizon Northwest<br>P.O. Box 30001<br>Inglewood, CA 90313-0001<br>Tel: 800-483-5000<br>Fax: 800-585-4273 | Trade | 1,500 |
| 18 | Pacific Bell<br>Payment Center<br>Sacramento, CA 95887-0001 | Chris Ackerman<br>Pacific Bell<br>Payment Center<br>Sacramento, CA 95887-0001<br>Tel: 805-489-6263<br>Fax: 415-546-7818 | Trade | 729 |
| 19 | Everett Landscape<br>5731 South Second Avenue<br>Everett, WA 98203 | Kelly Anderson<br>Everett Landscape<br>5731 South Second Avenue<br>Everett, WA 98203<br>Tel: 425-252-5456<br>Fax: 425-258-2228 | Trade | 540 |
| 20 | Mulkiteo Water District<br>806 5th Street<br>Mulkiteo, WA 98275-0260 | Mulkiteo Water District<br>806 5th Street<br>Mulkiteo, WA 98275-0260<br>Tel: 425-355-3355<br>Fax: 425-348-0645 | Trade | 500 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFIC CROSSING, LTD. | ) | Case No. 02-_____ (   ) |
| | ) | |
| Debtor. | ) | |

**CERTIFICATION CONCERNING CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

The debtor and debtor in possession (the "Debtor") in the captioned case, hereby certifies under penalty of perjury that the Consolidated List of Creditors Holding 20 Largest Unsecured Claims, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records. Debtor assumes all responsibility for errors and omissions.

The information contained herein is based upon a review of Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in this document have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense to any below-listed claims; (2) an acknowledgment of the allowability of any below-listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19 day of July, 2002.

Bruce Comer
Vice President

SWORN TO AND SUBSCRIBED before me this 19th day of July, 2002.

GINI L. DOWNING
Commission # 1346843
Notary Public - California
Los Angeles County
My Comm. Expires Apr 14, 2006

Notary Public

My Commission Expires: April 14, 2006