IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFIC CROSSING, LTD. | ) | Case No. 02-_________ ( ) |
| | ) | |
| Debtors. | ) | |

**LIST OF EQUITY SECURITY HOLDERS**

| Equity Holder Name and Address | Equity Holdings |
|---|---|
| Vectant, Inc. | 15.5% (186,000 shares) |
| GCT Pacific Holdings, Ltd. | 70% (840,000 shares) |
| SCS Bermuda | 14.5% (174,000 shares) |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PACIFIC CROSSING, LTD. | ) | Case No. 02-________(___) |
| | ) | |
| Debtor. | ) | |

**CERTIFICATION CONCERNING LIST OF EQUITY SECURITY HOLDERS**

The debtor and debtor in possession (the "Debtor") in the captioned case hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the list of equity security holders of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records. Debtor assumes all responsibility for errors and omissions.

The information contained herein is based upon a review of Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in this document have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense to any below-listed claims; (2) an acknowledgment of the allowability of any below-listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19 day of July, 2002.

Bruce Comer
Vice President

SWORN TO AND SUBSCRIBED before me this 19th day of July, 2002.

Gini L. Downing
Notary Public

GINI L. DOWNING
Commission # 1348843
Notary Public - California
Los Angeles County
My Comm. Expires Apr 14, 2006

My Commission Expires: April 14, 2006

68761-001\DOCS_DE:51186.1