IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>PACIFIC CROSSING, LTD.,<br>a Bermuda company,<br>Debtor. | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 02- 12088 (PJW) |
| In re:<br><br>PC LANDING CORP.,<br>a Bermuda company,<br>Debtor. | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 02- 12086 (PJW) |
| In re:<br><br>PCL JAPAN, LTD.,<br>a Japan company,<br>Debtor. | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 02- 12090 (PJW) |
| In re:<br><br>SCS BERMUDA, LTD.,<br>a Bermuda company,<br>Debtor. | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 02- 12091 (PJW) |
| In re:<br><br>PACIFIC CROSSING, U.K., LTD.,<br>a United Kingdom company,<br>Debtor. | )<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 02- 12089 (PJW) |

**ORDER DIRECTING**
**<u>JOINT ADMINISTRATION OF CHAPTER 11 CASES [DOCKET NO. 3]</u>**

Upon consideration of the motion seeking entry of an order directing joint administration of chapter 11 cases (the "Motion") filed by the debtors and debtors in possession (the "Debtors") in the captioned chapter 11 cases; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it

appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b); and due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and cause appearing therefore; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases be, and they hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the Debtors' cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PC LANDING CORP., et al.,[1] | ) | Case No. 02-12086 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

and it is further

[1] The Debtors are the following entities: PC Landing Corp., a Delaware Corporation, Pacific Crossing, Ltd., a Bermuda company, Pacific Crossing U.K., Ltd., a United Kingdom company, PCL Japan, a Japan company, SCS Bermuda, a Bermuda company.



68761-001\DOCS_DE:50918.1
07/29/02 12:02 PM

ORDERED that a docket entry shall be made in each one of the Debtors' cases substantially as follows:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of, PC Landing Corp., a Bermuda company, Case No. 02-12086; Pacific Crossing, Ltd., a Bermuda company, Case No. 02-12088; Pacific Crossing, U.K., Ltd., a United Kingdom company, Case No. 02-12089. ; PCL Japan, Ltd., a Japan company, Case No. 02-12090; SCS Bermuda, Ltd., a Bermuda company, Case No. 02-12091; The Docket in Case No. 02-12086 (PJW) should be consulted for all matters affecting the above-listed cases.

Dated: July 29, 2002

Hon. Peter J. Walsh
United States Bankruptcy Judge